**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Don Fanta and Marcia Fanta, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIMCO Industries and | ) | |
| Bomgaars Supply, Inc., | ) | |
| | ) | Case No. 1:05-cv-015 |
| Defendant. | ) | |

_____

On January 4, 2006, the parties filed a Stipulation for Amendment of Scheduling Order. The court adopts the parties Stipulation (Docket No. 26) and ORDERS that the scheduling order be amended as follows:

1.  The parties shall have until <u>June 1, 2006</u>, to complete fact discovery and to file discovery motions.

2.  The plaintiff shall have until <u>June 15, 2006</u>, and the defendants shall have until <u>July 15, 2006</u>, to provide to names of expert witnesses and complete reports under Rule 26(a)(2). The parties shall have until <u>August 30, 2006</u>, to complete discovery depositions of expert witnesses.

Dated this 4th day of January, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge