**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Don Fanta and Marcia Fanta, ) | |
| ) | **ORDER** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:05-cv-015 |
| FIMCO Industries and ) | |
| Bomgaars Supply, Inc., ) | |
| ) | |
| Defendants. ) | |

_____

On December 7, 2006, the parties filed a Stipulation with Prejudice and Without Costs. The court adopts the parties stipulation (Docket No. 85) and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to any of the parties. Let judgment be entered accordingly.

Dated this 7th day of December, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge